# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel RENA NANCE, et al.,<br><br>Plaintiffs<br><br>v.<br><br>ALL COUNTY HOME CARE, LLC, et al.,<br><br>Defendant | Case No.: 2:20-cv-02126-APG-NJK<br><br>**Order** |

On September 20, 2021, relator Rena Nance filed a notice of voluntary dismissal without prejudice. ECF No. 14. Under 31 U.S.C. § 3730(b)(1), a civil action brought by a relator on behalf of the United States "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting."

I THEREFORE ORDER that by September 30, 2021, the United States of America shall indicate whether it consents to the dismissal and the reasons for consenting.

DATED this 23rd day of September, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE