**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel RENA NANCE, et al., <br><br>  Plaintiffs <br><br> v. <br><br> ALL COUNTY HOME CARE, LLC, et al., <br><br>  Defendant | Case No.: 2:20-cv-02126-APG-NJK <br><br> **Order** |

    I previously ordered the United States of America to indicate whether it consents to the dismissal of this case and the reasons for consenting, as required by 31 U.S.C. § 3730(b)(1). The deadline to do so was September 30, 2021. The United States has not responded to my order.

    I THEREFORE ORDER (**again**) that by October 22, 2021, the United States shall indicate whether it consents to the dismissal and the reasons for consenting.

    DATED this 8th day of October, 2021.

                                              ANDREW P. GORDON<br>
                                              UNITED STATES DISTRICT JUDGE