CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
ALLISON C. REPPOND
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-6787
Email: allison.reppond@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America ex rel. Rena Nance, et al., <br><br> Plaintiffs, <br><br> v. <br><br> All County Home Care, LLC d/b/a All County Home Care and Hospice, et al., <br><br> Defendants. | Case No.: 2:20-cv-02126-APG-NJK <br><br> **Order** |

Presently before the Court is the United States of America's and Plaintiff States' Consent to Dismissal and Motion to Unseal Case. For the reasons stated in the motion,

It is ordered that this case is dismissed without prejudice.

It is further ordered that the Clerk of Court must unseal the relator's complaint, the United States' and Plaintiff States' Consent to Dismissal and Motion to Unseal Case, and this Order.

Dated: October 22, 2021

_____
United States District Judge

4